UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Luz V. Acosta Pereyra, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 1:25-cv-11685-IT |
| | * | |
| Massachusetts Secretary of State, | * | |
| | * | |
| Defendant. | * | |
| | * | |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND
DISMISSING PLAINTIFF'S COMPLAINT

TALWANI, D.J.

On review of the Magistrate Judge's Report and Recommendation [Doc. No. 18], and

having received no objection, the Report and Recommendation is ADOPTED. Accordingly,

Defendant Secretary of the Commonwealth of Massachusetts' Motion to Dismiss [Doc. No. 12]

is GRANTED. Plaintiff Luz V. Acosta Pereyra's Complaint [Doc. No. 1] is DISMISSED and

this case is CLOSED.


IT IS SO ORDERED.

June 8, 2026                                         /s/ Indira Talwani
                                                     United States District Judge